UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANE L. MCMILLAN,<br><br>                              Plaintiff,<br><br>      -against-<br><br>AMERICAN EXPRESS; THE BANK OF NEW YORK MELLON.,<br><br>                              Defendants. | 24 CIVIL 5685 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the December 10, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 11, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge